■ SHERRY STEIN, Individually and as Parent and Natural Guardian of ELMER J. STEIN, JR., an Infant, Respondent, v. PAUL H. DREW et al., Appellants.— Order unanimously affirmed, with costs. (See Ryan v. Fahey, 43 A D 2d 429.) (Appeal from order of Monroe Special Term dismissing counterclaim.) Present — Witmer, J. P., Moule, Cardamone, Simons and Del Vecchio, JJ.